## MATTER OF COLLEGE OF THE SCRIPTURES

### Petition for Approval of School

#### CIN 214F.119

*Decided by Regional Commissioner April 22, 1965*

Petitioning college, established for the training and education of ministers for Churches of Christ, is denied approval for attendance by nonimmigrant students since petitioner has failed to submit, in compliance with the requirement of 8 CFR 214.3(b), satisfactory certification by the appropriate official authorized to do so that the school is licensed, approved, or accredited, and the U.S. Office of Education, after consultation, recommended denial of the petition.

**Discussion:** The petition was denied by the District Director at Cleveland, Ohio, on February 2, 1965. It is now considered on appeal.

The College of the Scriptures was incorporated on May 9, 1945, as a nonprofit organization with stated purposes to establish and maintain an academy, college and graduate seminary for the training and education of ministers for Churches of Christ and to conduct correspondence courses and classroom study to educate persons as ministers for Churches of Christ. The college has enjoyed a measure of success and now has three buildings. One is a chapel building which includes classrooms. Another is a combination classroom and dormitory building. The third building is a house which is some distance from the campus and is used as a dormitory.

The petitioner states that a petition was submitted in December 1952 for approval of the college as a school for foreign students. No record of approval of the college at that time is found and since the college was not included in a consolidated list of approved schools of April 30, 1954, it is concluded that the college has not previously been approved.

Section 101(a)(15)(F) of the Immigration and Nationality Act, as amended, provides that in considering the approval of schools there be consultation by this Service with the Office of Education of the United States. In this case the file was submitted to that office

and their views expressed in a letter dated December 9, 1964, are as
follows:

On the basis of the material submitted with the Petition for Approval of
School for Nonimmigrant Students, we do not find the College of the Scriptures
to qualify as "an established educational institution or other recognized place
of study" at the level at which it purports to offer programs and degrees.
There is considerable question about its certification by the Kentucky Depart-
ment of Adult Education, current approval for the training of veterans, and
acceptance of credits by accredited institutions. There is no evidence that its
high school department prepares students for entering accredited institutions of
higher education. There are conflicting reports about the size of faculty and
considerable doubt as to faculty qualifications for the level of program adver-
tised. The Office of Education recommends that the Attorney General deny the
Petition for Approval of School for Nonimmigrant Students submitted by the
College of the Scriptures.

A 1964 publication submitted with the petition shows the College
of the Scriptures as having 13 undergraduates and 2 graduate stu-
dents taking 8 or more semester hours; also 10 students are shown
as taking less than 8 semester hours, making a total of 25 students.
The faculty is shown as four full-time and six part-time members.
The college awards the associate arts degree, bachelor of sacred arts
(ministerial), bachelor of sacred literature, bachelor of theology, a
two-year missionary certificate, and a high school diploma.

The petition was filed to enable the petitioning college to enroll
eight students from Jamaica. Such of these students as have a de-
ficiency in pre-college level study would be provided with remedial
high school subjects. Those taking high school subjects would be 19
years of age or older.

It is stated in 8 CFR 214.3(b) that, except for public, private, and
parochial elementary and secondary schools, a "petitioning school
shall submit a certification by the appropriate licensing, approving
or accrediting official who shall certify that he is authorized to do
so to the effect that it is licensed, approved, or accredited. In lieu of
such certification, a school which is recognized by a state-approving
agency as an 'educational institution' for study for veterans under
the provisions of P.L. 550 (82nd Congress) may submit a statement
of recognition signed by the appropriate official of the state approv-
ing agency who shall certify that he is authorized to do so. A
charter shall not be considered a license, approval or accreditation."
The petitioner has been unable to satisfactorily comply with this
requirement. The petitioner concedes that the program offered is
not on a level with recognized liberal arts colleges, junior colleges or
universities, but argues that the credits are transferable to other
theological institutions which have been approved by this Service
for foreign students.

155

The evidence submitted in support of the petition has been carefully considered. However, on the basis of the unfavorable recommendation by the Office of Education, as well as the fact that the petitioner has failed to submit the documentation required by 8 CFR 214.3(b), it is concluded that the decision of the District Director must be affirmed.

ORDER: The decision of the District Director of Cleveland, Ohio is affirmed, and the appeal of the appellant is hereby dismissed.